UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **SEQUA CORPORATION, *et al.*,** | ) | **Case No. 1:03-CV-2508** |
| | ) | |
| **Plaintiffs,** | ) | **JUDGE O'MALLEY** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **ELYRIA FOUNDRY COMPANY,** | ) | **JUDGMENT ENTRY** |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

In its December 18, 2006 Order, the Court found that, while Plaintiffs' claims were largely not well-taken, they were entitled to contribution from the Defendant with respect to a small potential category of litigation-related payments.  Accordingly, the Court permitted the parties to submit supporting documents or a stipulation within forty-five (45) days addressing the amount of contribution to which Plaintiffs were entitled.  The Court's deadline has passed and neither party has submitted any documents addressing contribution.  The Court, therefore, assumes that, either Plaintiffs have decided not to pursue the relatively small contribution amount, or that the parties have resolved the issue on their own and simply failed to notify the Court.[1]  In either case, there is nothing left for the Court to do and it is now appropriate to enter Final Judgment.  For the reasons explained in the December 18, 2006 Order and herein, the Court hereby enters judgment on Plaintiffs'

---

[1] During a November 2006 conference, counsel for both parties represented to the Court that their contribution calculations only differed by a few hundred dollars.

1

contribution claim in the amount of $0.  This case is **DISMISSED.**

**IT IS SO ORDERED.**

                                        <u>s/Kathleen M. O'Malley</u>
                                        **KATHLEEN McDONALD O'MALLEY**
                                        **UNITED STATES DISTRICT JUDGE**

**Dated: April 10, 2007**